UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>KIP HAWLEY, et al.<br><br>    Defendants. | Case No. 1:07CV00855-HHK |

## NOTICE OF APPEARANCE OF COUNSEL

COME NOW the undersigned counsel and enter their appearance as counsel of record for Defendants Kip Hawley, Administrator Transportation Security Administration, Michael Chertoff, Secretary of Department of Homeland Security, Transportation Security Administration, and Department of Homeland Security in the above-captioned action. All service, correspondence, and notices should be directed to Jacqueline Coleman Snead at the fax number and/or addresses set forth below:

**Address for U.S. Mail**

Jacqueline Coleman Snead
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044

Tel:  (202) 514-3418
Fax:  (202) 616-8470
E-Mail:  Jacqueline.Snead@usdoj.gov

**Address for Overnight Mail and Hand Delivery**

Jacqueline Coleman Snead
Trial Attorney, Civil Division
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 7214
Washington, D.C.  20530

Please be advised that due to continuing delays associated with incoming U.S. Mail at government locations, correspondence by fax, overnight mail, or hand delivery is preferred.

Dated: June 12, 2007                                  Respectfully submitted,

                                        PETER D. KEISLER
                                      Assistant Attorney General,
                                      Civil Division

                                      JEFFREY A. TAYLOR
                                      United States Attorney

                                      JOHN R. TYLER
                                      Senior Trial Counsel,
                                      Federal Programs Branch

                                       s/ Jacqueline Coleman Snead
                                      JACQUELINE COLEMAN SNEAD
                                      (D.C. Bar No. 459548)
                                      Trial Attorney
                                      United States Department of Justice
                                      Civil Division, Federal Programs Branch
                                      20 Massachusetts Avenue, N.W., Rm 7214
                                      Washington, DC 20530
                                      Tel: (202) 514-3418
                                      Fax: (202) 616-8470
                                      jacqueline.snead@usdoj.gov

                                      **Counsel for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2007, a true and correct copy of the foregoing Notice of Appearance was electronically filed through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available for viewing on that system.

                                                            s/ Jacqueline Coleman Snead  
                                                           JACQUELINE COLEMAN SNEAD