UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KIP HAWLEY, in his official capacity as Administrator, et al., <br><br> Defendants. | Civil Action 07-00855  (HHK) |

ORDER

For the reasons stated by the court in its Memorandum Opinion docketed this same day, it is this 31st day of March 2008, hereby

**ORDERED** that plaintiffs American Federation of Government Employees, American Federation of Government Employees Local 1, American Federation of Government Employees Local 1234, and American Federation of Government Employees Local 777 are **DISMISSED** from this action; and it is further

**ORDERED** that plaintiffs' requests for injunctive and declaratory relief (Compl. Demands ¶¶ 1–9, 12) are **DISMISSED;** and it is further

**ORDERED** that defendants' motion to dismiss [#3] is otherwise **DENIED**.

Henry H. Kennedy, Jr.<br>
United States District Judge