IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES,[1] et. al<br><br>Plaintiffs,<br><br>v.<br><br>KIP HAWLEY, et. al,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE: 1:07-cv-00855 (HHK)<br>)<br>)<br>)<br>)<br>) |

## MEET AND CONFER STATEMENT

Pursuant to the Court's Order of April 3, 2008, Federal Rule of Civil Procedure 26(f), and Local Civil Rule 16.3, Plaintiffs, Joseph Jones, Janette Nagel, Cris Soulia, and Don Thomas, and Defendants, the Transportation Security Administration ("TSA"), Kip Hawley in his official capacity as Administrator of TSA, the Department of Homeland Security ("DHS"), and Michael Chertoff in his official capacity as Secretary of DHS, by and through undersigned counsel, hereby submit the following:

Statement of the Case:

On or about Thursday, May 3, 2007, Defendants discovered that an external hard drive containing personnel data, including but not limited to name, social security number, date of birth, payroll information, and bank account and routing information of approximately 100,000 former and current TSA employees was missing from a controlled area. Plaintiffs and their

---

[1] Following this Court's Memorandum Decision and Order of March 31, 2008, the only Plaintiffs remaining in the action are Joseph Jones, Janette Nagel, Cris Soulia, and Don Thomas.

1

unions filed this action on May 8, 2007 alleging that Defendants failed to establish appropriate administrative, technical, and physical safeguards to insure the security and confidentiality of personnel records as evidenced by that incident in violation of the Aviation and Transportation Security Act and the Privacy Act of 1974.

Following this Court's Memorandum Decision and Order of March 31, 2008, the only claims remaining in this action are those of the four individual Plaintiffs under the Privacy Act. The statutory basis for the parties' cause of action and defenses is the Privacy Act of 1974, 5 U.S.C. § 552a.

Meet-and-Confer Statement:

For the Court's convenience, this discussion follows the numbering and topics of Local Rule 16.3(c).

1. Plaintiffs do not believe this case is likely to be disposed of by dispositive motion. Defendants believe that the remaining claims in this action are likely to be disposed of by motion for summary judgment. The parties do not request that discovery or other matters await a decision on any future dispositive motion.

2. No other parties shall be joined. Any amendment to the pleadings will be filed by May 13, 2008. The Court's Memorandum Decision and Order of March 31, 2008, narrowed the factual and legal issues in this action.

3. The parties object to assigning this case to a magistrate judge for trial.

4. Plaintiffs believe there is a realistic possibility of settling the case. Defendants at this time do not take a position on whether there is a realistic possibility of settlement.

5. Plaintiffs believe this case could benefit from the Court's alternative dispute resolution procedures or some other form of ADR. Defendants believe that early neutral evaluation of this case would be beneficial. Settlement talks have not already occurred.

6. Defendants moved to dismiss this action on July 10, 2007. On March 31, 2008, the Court granted in part and denied in part that motion. The damages claims under the Privacy Act of the four individual Plaintiffs still remain in this action. Defendants anticipate filing a motion for summary judgment after the close of discovery. Further dispositive motions in this case shall be filed within 30 days of the close of discovery, briefs in opposition shall be filed within 30 days thereafter, and replies shall be filed within 15 days thereafter.

7. The parties agree to exchange the initial disclosure required by Fed. R. Civ. P. 26(a)(1) on or before May 30, 2008.

8. The parties anticipate discovery will include requests for interrogatories, requests for documents, and depositions and reserve the right to move for a protective order or other limitations on discovery at a later date. Discovery shall be completed by September 15, 2008.

9. The parties agree that the requirement of exchange of expert witness reports and information pursuant to Federal Rule of Civil Procedure 26(a)(2) should not be modified and if an expert(s) is designated, the parties will meet and confer as to when depositions of experts should occur.

10. Approximately 100,000 former or current employees of Defendant TSA are potential members of the proposed class in this action. Plaintiffs will file a Rule 23 motion by June 30, 2008. Defendants shall file an opposition by July 30, 2008, and Plaintiffs may file a reply by August 15, 2008. Discovery with respect to the class shall commence at the same

time as discovery on the merits. The parties request that alternative dispute resolution proceedings not be delayed until the decision on class certification.

11. The trial and discovery should not be bifurcated or managed in phases.

12. The parties request the pretrial conference to be scheduled 30 days after the Memorandum Decision and Order issues on any future dispositive motions.

13. The parties request the Court set a trial date at the pretrial conference.

14. At this juncture, there are no other matters that the parties believe are appropriate for inclusion in a scheduling order.

Date: May 2, 2008

Respectfully submitted,

/s/ Mark D. Roth
Mark D. Roth (D.C. Bar No. 235473)
General Counsel

/s/ Gony Frieder
Gony Frieder (D.C. Bar No. 457706)
Staff Counsel-TSA Local 1
American Federation of Government
   Employees, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6424
Fax: (202) 639-6441

Attorneys for Plaintiffs

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director
Federal Programs Branch

/s/ Jacqueline Coleman Snead
Jacqueline Coleman Snead (D.C. Bar No. 459548)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W., Rm 7214
Washington, DC 20530
Tel: (202) 514-3418
Fax: (202) 616-8470
jacqueline.snead@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Meet and Confer Statement was filed on May 2, 2008 through the ECF system of the United States District Court for the District of Columbia and that a copy of the document is available for viewing on that system.

/s/ Jacqueline Coleman Snead
Jacqueline Coleman Snead
