UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH JONES, et al.,<br><br>                Plaintiffs,<br><br>          v.<br><br>KIP HAWLEY, in his official capacity as Administrator, et al.,<br><br>                Defendants. | Civil Action 07-00855  (HHK) (JMF) |

**ORDER REFERRING ACTION TO UNITED STATES MAGISTRATE JUDGE JOHN M. FACCIOLA FOR THE PURPOSE OF MEDIATION**

With the consent of the parties, it is by the court this 7th day of May 2008,

**ORDERED** that the above-captioned case be referred to Magistrate Judge John M.. Facciola for the purpose of conducting mediation proceedings, which shall commence on or about June 20, 2008, and conclude on or about August 20, 2008.  The parties are to jointly contact Magistrate Judge Facciola to schedule the proceedings; and counsel and the parties, including persons with settlement authority, are to attend the mediation sessions.  If the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation.  Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Facciola, "JMF," in the caption next to the initials of the undersigned judge.  *See* LCvR 5.1(f).

                                                                                                     Henry H. Kennedy, Jr.
                                                                                                     United States District Judge