REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-I

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: 05:552 Right to Privacy Act |||||
|---|---|---|---|---|
| CASE NO:<br>07 cv 855 | DATE REFERRED:<br>MAY 7, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION | JUDGE:<br>HENRY H. KENNEDY, JR. | MAG. JUDGE<br>JOHN M. FACCIOLA |
| PLAINTIFF(S):<br>JOSEPH JONES, ET AL. |||DEFENDANT(S):<br>KIP HAWLEY, ET AL. ||
| ENTRIES: |||||