UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH JONES, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07CV00855-HHK |
| ) | |
| KIP HAWLEY, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**STATUS REPORT**

Defendants, by and through undersigned counsel, hereby submit this Status Report to facilitate the telephonic conference requested pursuant to Paragraph 11 of the Scheduling Order:

1. On May 14, 2008, the Court entered a Scheduling Order adopting the discovery and dispositive-motion deadlines agreed to by the parties. Scheduling Order (filed May 14, 2008) [Dkt. No. 12]. Pursuant to that Order, "[d]iscovery shall be completed by September 15, 2008," and "[m]otions for summary judgment shall be filed by October 15, 2008." Scheduling Order App. C.

2. On May 30, 2008, the deadline previously agreed to by the parties, Defendants served their Initial Disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure. That same day, Defendants served their First Set of Requests for Production of Documents and First Set of Interrogatories upon Plaintiffs.

3. On June 9, 2008 and June 16, 2008, undersigned counsel contacted Plaintiffs' counsel to inquire about Plaintiffs' overdue Initial Disclosures. Defense counsel did not receive a response to either inquiry.

4. On June 30, 2008, undersigned counsel inquired about Plaintiff's Initial Disclosures and discovery responses. Two days later, Plaintiffs' counsel indicated that she hoped to provide Initial Disclosures "shortly." As to the discovery responses, Plaintiffs' counsel suggested that they be delayed until after the mediation session scheduled for June 15, 2008.

5. By letter dated July 3, 2008, Defendants refused the request to delay discovery further and explained that such a delay would prejudice Defendants' ability to evaluate Plaintiffs' settlement position at the upcoming mediation. Defendants therefore requested that Plaintiffs provide responses early the following week. In a return email, Plaintiffs' counsel indicated that she would not be able to provide responses by that deadline.

6. The parties appeared for a mediation session before Magistrate Judge Facciola on July 15, 2008. Defendants did not have the benefit of any discovery responses from Plaintiffs at that session. At the conclusion of the session, a second session was scheduled for July 31, 2008.

7. By letter dated July 17, 2008, Defendants reiterated their request for Plaintiffs' overdue Initial Disclosures and discovery responses. Defendants also noticed the depositions of the Plaintiffs. Since their discovery responses were required for undersigned counsel's preparation for the noticed depositions, Defendants requested responses by July 25, 2008.

8. On July 25, 2008, Plaintiffs' counsel served Initial Disclosures, incomplete discovery responses for Plaintiffs Soulia and Thomas, uncertified and incomplete responses for Plaintiff Nagel, and no responses for Plaintiff Jones. Plaintiffs' counsel indicated that she would supplement the discovery responses.

9. On July 28, 2008, the parties received notice that their second mediation session with Magistrate Judge Facciola had been rescheduled for August 4, 2008, a date on which Plaintiffs'

counsel was to commence a two-week leave of absence. In the course of agreeing to alternate dates for the mediation session, undersigned counsel learned that Plaintiffs' counsel would be unable to cover the previously noticed depositions and that no other attorney from her office could attend in her place. Thus, to accommodate Plaintiffs' counsel's schedule, by letter dated July 31, 2008, Defendants renoticed the Plaintiffs' depositions for the last week in August. However, Defendants suggested that it was imperative that someone else from Plaintiffs' counsel's office facilitate the transmission of supplemental discovery responses during her absence.

10. By letter dated August 12, 2008, undersigned counsel informed Plaintiffs' counsel of the need to arrange a telephone conference with the Court pursuant to Paragraph 11 of the Scheduling Order because Plaintiffs still had not supplemented their discovery responses, and Defendants had no recourse but to involve the Court.

11. On August 18, 2008, the day that Plaintiffs' counsel returned to her office, counsel for the parties contacted the Court to request a telephone conference to address discovery.

12. To date, Defendants still have received no supplemental discovery responses from Plaintiffs (and in the case of Plaintiff Jones, no discovery responses at all), and Plaintiffs' depositions are scheduled to begin next Monday.

Dated: August 19, 2008                    Respectfully submitted,

                                          GREGORY K. KATSAS
                                          Assistant Attorney General


                                          JEFFREY A. TAYLOR
                                          United States Attorney


                                          JOHN R. TYLER
                                          Senior Trial Counsel
                                          Federal Programs Branch


OF COUNSEL:                                 s/ Jacqueline Coleman Snead
AMY ALLEN RUGGERI                         JACQUELINE COLEMAN SNEAD
Assistant Chief Counsel for Litigation    (D.C. Bar No. 459548)
                                          Trial Attorney
JANESSA GRADY FLEMING                     United States Department of Justice
Senior Counsel                            Civil Division, Federal Programs Branch
                                          20 Massachusetts Avenue, N.W., Rm 7214
TRANSPORTATION SECURITY                   Washington, DC 20530
ADMINISTRATION                            Tel: (202) 514-3418
                                          Fax: (202) 616-8470
                                          jacqueline.snead@usdoj.gov

                                          **Counsel for Defendants**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2008, a true and correct copy of the foregoing Status Report was filed through the ECF system of the United States District Court for the District of Columbia and that a copy of the document is available for viewing on that system.

                                                      s/Jacqueline Coleman Snead
                                                      JACQUELINE COLEMAN SNEAD