**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et al.,**<br><br>    **Plaintiffs,**<br><br>  **v.**<br><br>**KIP HAWLEY, in his official capacity as Administrator, et al.,**<br><br>    **Defendants.** | **Civil Action 07-00855  (HHK)** |

**AMENDED ORDER**

For the reasons stated by the court in its Memorandum Opinion docketed on March 31, 2008 [# 6], it is this 22nd day of August 2008, hereby

**ORDERED** that plaintiffs' claims under the Aviation and Transportation Security Act, 49 U.S.C. §§ 44901 and 44935, are **DISMISSED**; and it is further

**ORDERED** that plaintiffs American Federation of Government Employees, American Federation of Government Employees Local 1, American Federation of Government Employees Local 1234, and American Federation of Government Employees Local 777 are **DISMISSED** from this action; and it is further

**ORDERED** that plaintiffs' requests for injunctive and declaratory relief (Compl. Demands ¶¶ 1–9, 12) are **DISMISSED;** and it is further

**ORDERED** that defendants' motion to dismiss [#3] is otherwise **DENIED**.

Henry H. Kennedy, Jr.
United States District Judge