**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**JOSEPH JONES, et al.,**

        **Plaintiffs,**

        **v.**

**GALE D. ROSSIDES, Acting**
**Administrator of the Transportation**
**Security Administration, et al.,**

        **Defendants.**

**Civil Action 07-00855  (HHK) (JMF)**

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its Memorandum

Opinion docketed this same day, it is this 28th day of September 2009, hereby

        **ORDERED** and **ADJUDGED** that judgment is entered in favor of defendants.

                                   Henry H. Kennedy, Jr.
                                   United States District Court